UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MANLO BARRIOS,<br><br>        Petitioner,<br><br>  v.<br><br>DALINDA HARMAN,<br><br>        Respondent. | CV 13-152-SJO (SH)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

August 28, 2013.

DATED: _____

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE